ERGON–ST. JAMES, INCORPORATED, Plaintiff

v.

PRIVOCEAN M/V, her engines, tackle, apparel, furniture, etc., in rem, Defendant

Bravo Shipping Limited, Plaintiff–Appellee–Cross Appellant

v.

Privocean Shipping Limited, Defendant–Appellant–Cross Appellee

In re: In the Matter of the Complaint of Privocean Shipping Limited, as Owner of the M/V Privocean, Petitioning for Exoneration From or Limitation of Liability;

Bariba Corporation, as Managing Owner of the M/V Privocean, Petitioning for Exoneration From or Limitation of Liability, Privocean Shipping Limited; Bariba Corporation, Petitioners–Appellants–Cross Appellees

v.

Crescent Towing & Salvage Company, Incorporated, Claimant–Appellee–Cross Appellant

No. 15–30799

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/15/2016

---

Peter Bedford Tompkins, Esq., Murphy, Rogers, Sloss, Gambel & Tompkins, New Orleans, LA, for Plaintiff–Appellee Cross–Appellant.

Gary Alan Hemphill, Trial Attorney, Meredith Wilson Blanque, Michael MacKenzie Butterworth, Esq., Jeremy Thomas Grabill, Phelps Dunbar, L.L.P., New Orleans, LA, for Petitioners–Appellants Cross–Appellees.

David Michael Flotte, Esq., Salley, Hite, Mercer & Resor, L.L.C., New Orleans, LA, for Claimant–Appellee Cross–Appellant.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

Privocean Shipping Ltd. and Bariba Corp., owners of the motor vessel Privocean, appeal from an interlocutory order increasing the limitation fund in this maritime case from $19,000,000 to $23,308,000. Crescent Towing & Salvage, Inc., has filed a cross-appeal. After consideration of the briefs, record, applicable law and oral arguments in this matter, the order of the district court is **AFFIRMED**.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.